**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Disability Rights Texas

v.                                             Case Number: 4:23−cv−02973

Klein Independent School District, et al.

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/5/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    December 6, 2023

Nathan Ochsner, Clerk