United States District Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:23-cv-2973 |
| JENNY MCGOWN, in her individual capacity and her official capacity as the Superintendent of Klein Independent School District, and CATHY ARELLANO, in her official capacity as the President of the Board of Trustees for Klein Independent School District, | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

On this day, the Court considered Plaintiff's Unopposed Motion to Amend the Scheduling Order (ECF No.47). The Court finds the motion is meritorious and that it should be GRANTED.

Therefore, the Court ORDERS that Plaintiff's pretrial order filing date, Docket Call, and Trial dates be vacated, with the dates to be reset after rulings on the pending dispositive motions.

It is so ORDERED.

November 18, 2024
Date

The Honorable Alfred H. Bennett
United States District Judge